## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Department of Environmental Protection, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 291 C.D. 2020 |
| | : | |
| B&R Resources, LLC and Richard F. Campola, | : | |
| Respondents | : | |

**PER CURIAM**                    **O R D E R**

NOW, January 27, 2022, upon consideration of Respondents' application for reargument and Petitioner's answer in response thereto, the application is denied.